# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| CNH America, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Magic City Implement, Inc., | ) | |
| | ) | Case No. 4:10-cv-060 |
| Defendant. | ) | |

Before the court is defendant's motion for attorney John D. Holland to appear *pro hac vice* on it's behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorney John D. Holland has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk.  Accordingly, defendant's  motion (Docket No. 5) is **GRANTED**. Attorney John D. Holland is admitted to practice before this court in the above-entitled action on behalf of defendant.

**IT IS SO ORDERED.**

Dated this 27th day of August, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge