**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| CNH America, LLC, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 4:10-cv-060 |
| Magic City Implement, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

On May 25, 2012, the parties filed a Stipulation to Amend Scheduling/Discovery Plan. The court **ADOPTS** in part the parties' stipulation (Docket No. 71). The parties shall have until July 20, 2012, to complete fact discovery. The court shall contact the parties in the near future to schedule a conference call to discuss their proposed extension of the dispositive motion deadline and whether they will think that they will still be prepared to proceed with the trial on November 5, 2012.

**IT IS SO ORDERED.**

Dated this 25th day of May, 2012.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge