**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| CNH America LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | Case No. 4:10-cv-060 |
| | ) | |
| Magic City Implement, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

The court held a status conference with the parties to discuss their proposed extension of the dispositive motion deadline.  Pursuant to its discussion with the parties, the court **ORDERS**:

1.    The parties shall have until <u>October 26, 2012</u>, to file dispositive motions (summary judgment as to all or part of the case).

2.    The Final Pretrial Conference set for October 22, 2012, shall be rescheduled for <u>March 5, 2013</u>, at 2:00 p.m. via telephone with the undersigned.  The court shall initiate the conference call.

3.    The trial set for November 5, 2012, shall be continued until <u>March 18, 2013, at 9:30 a.m. in Bismarck before Judge Hovland (courtroom #1)</u>.  A five (5) day trial is anticipated.

Dated this 8th day of June, 2012.

<u>*/s/ Charles S. Miller, Jr.*</u>
Charles S. Miller, Jr.
United States Magistrate Judge
