**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| CNH America LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | Case No. 4:10-cv-060 |
| | ) | |
| Magic City Implement, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

On June 25, 2012, the parties filed a Stipulation to Supplement Scheduling/Discovery Plan. The court **ADOPTS** the parties' stipulation (Docket No. 78). Pretrial deadlines shall be further amended as follows:

1. The parties shall have until August 31, 2012, to complete fact discovery; and

2. The parties shall have until August 31, 2012, to file non-dispositive motions (e.g. consolidation, bifurcation).

**IT IS SO ORDERED.**

Dated this 26th day of June, 2012.

*/s/ Charles S. Miller, Jr*
Charles S. Miller, Jr.
United States Magistrate Judge