IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| CNH American, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:10-cv-060 |
| Magic City Implement, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

The court held a status conference with the parties on August 16, 2013. Pursuant to its discussions with the parties, the court **ORDERS**:

1. The trial in this case shall be rescheduled for November 3, 2014, at 9:30 a.m. in Bismarck before Judge Hovland.  A five (5) day trial is anticipated.

2. The final pretrial conference shall be rescheduled for October 21, 2014, at 1:30 p.m. before the undersigned via telephone.  The court shall initiate the conference call.

3. The parties shall have until June 14, 2014, to file dispositive motions.

Dated this 19th day of August, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court